MICHAEL A. PEART (SBN: 236099)
Law Offices of Michael A. Part
13389 Folsom Blvd., #300-189
Folsom, CA 95630
Telephone (916) 905-0280
Facsimile: 888-908-4188
e-mail: mpeart2@gmail.com

Attorney for Plaintiff
FRANK MAAS

JEFFREY A. ROSENFELD (SBN 136896)
jeffrey.rosenfeld@dlapiper.com
GRANT P. ALEXANDER (SBN 228446)
grant.alexander@dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Telephone: 310-595-3000
Faxsimilie: 310-595-3300

Attorneys for Defendant
FARMERS INSURANCE EXCHANGE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FRANK MAAS, <br>     Plaintiff, <br>     v. <br> FARMERS INSURANCE EXCHANGE, and DOES 1 – 50, inclusive, <br>     Defendants ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 2:13-cv-01128-JAM-KJN <br><br> **STIPULATION TO EXTEND TIME FOR DISCOVERY** <br><br> The Honorable John A. Mendez |

Pursuant to Local Rule 144(a), the Parties hereby stipulate to an extension of time for the parties to conduct discovery.

RECITALS

1.   On August 5, 2013 the Court issued a STATUS (Pre-trial Scheduling) ORDER. That Order required all discovery is to be completed by July 11, 2014; that Disclosure of Expert Witness under Fed. R. Civ. P. 26(a)(2)(c) is to be made by May 9, 2014; and, supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by May 16, 2014.

2.   The Parties are in the process of settlement discussions, and require additional time to more fully explore the opportunity for settlement.

3.   Accordingly, the Parties have stipulated and agreed to, and seek the Court's approval of, a revised discovery schedule under which an additional thirty (30) days would be granted to the deadlines above. That is, all discovery to be completed by August 11, 2014; Disclosure of Expert Witnesses under Fed. R. Civ. P. 26(a)(2)(c) is to be made by June 9, 2014; and, supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by June 16, 2014.

4.   The Parties presently are proposing no other changes to the STATUS (Pre-Trial Scheduling) ORDER.


STIPULATION

Pursuant to Local Rule 144(a), the Parties hereby stipulate that: All discovery shall be completed by August 11, 2014; and, and Disclosure of Expert Witnesses by made not later than June 9, 2014, and, supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by June 16, 2014. No other changes to the STATUS (Pre-Trial Scheduling) ORDER are being proposed at this time.

ORDER

Pursuant to the foregoing stipulation to extend time for discovery and Disclosure of Expert Witnesses, and good cause appearing, it is hereby ORDERED that:

1. All discovery shall be completed by August 11, 2014.

2. The Parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2)(c) by June 9, 2014.

3. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by June 16, 2014

IT IS SO ORDERED

Dated:  May 8, 2014

/s/ JOHN A. MENDEZ
_____
JOHN A. MENDEZ
United States District Court Judge