1  MICHAEL A. PEART (SBN: 236099)
   Law Offices of Michael A. Part
2  13389 Folsom Blvd., #300-189
   Folsom, CA 95630
3  Telephone (916) 905-0280
   Facsimile: 888-908-4188
4  e-mail: mpeart2@gmail.com
5
6  Attorney for Plaintiff
   FRANK MAAS
7
8  JEFFREY A. ROSENFELD (SBN 136896)
   jeffrey.rosenfeld@dlapiper.com
9  GRANT P. ALEXANDER (SBN 228446)
   grant.alexander@dlapiper.com
10 DLA PIPER, LLP (US)
   2000 Avenue of the Stars
11 Suite 400 North Tower
   Los Angeles, CA 90067-4704
12 Telephone: 310-595-3000
   Faxsimilie: 310-595-3300
13
14
   Attorneys for Defendant
15 FARMERS INSURANCE EXCHANGE
16

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK MAAS, | CASE NO. 2:13-cv-01128-JAM-KJN |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO DISMISS** |
| FARMERS INSURANCE EXCHANGE, and DOES 1 – 50, inclusive, | The Honorable John A. Mendez |
| Defendants | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c) and Local Rule 143, Plaintiff FRANK MAAS ("MAAS"), and Defendant FARMER'S INSURANCE EXCHANGE ("FARMER'S"), hereby stipulate and respectfully request that this Court enter an order dismissing with prejudice, MAAS' complaint filed against FARMER'S on June 6, 2013 (Document #1).

Each party to pay its own costs.

DATED: October 21, 2014     LAW OFFICE OF MICHAEL A. PEART

By: _____
       MICHAEL A. PEART
       Attorney for Plaintiff

DATED: October 21, 2014     DLA PIPER, LLP (US)

By:   /s/ as authorized on October 20, 2014
       GRANT P. ALEXANDER
       Attorneys for Defendant

**IT IS SO ORDERED**

DATED: 10/21/2014            /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Court Judge